IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON J. JOHNSON     PLAINTIFF

v.     Civil No. 07-5143

OFFICER SHARP; OFFICER BLACK;
LT. MITCHELL; OFFICER CONNER;
OFFICER ALDERSON; OFFICER EAST;
AND OFFICER RICO HASSLE     DEFENDANTS

### ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **February 19, 2008**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 16th day of November 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)